UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 22 P 4: 02

=================================x
WALTER WHITBECK AND            :        CIVIL ACTION NO:
ANNETTE WHITBECK
        Plaintiffs,            :        3:01cv750 (AHN)

v.                             :

JONES MANUFACTURING COMPANY:
        Defendant and
        Third-Party Plaintiff,

v.                             :

MICHAEL J. MCGUFFIE D/B/A      :
NEW ENGLAND BARK MULCH
        Third-Party Defendant. :        October 17, 2003
=================================x

## DEFENDANT'S MOTION FOR ORDER COMPELLING PSYCHOLOGICAL EXAMINATION OF ANNETTE WHITBECK

Pursuant to Rule 35(a) of the Federal Rules of Civil Procedure, the

defendant, Jones Manufacturing Company, hereby moves the Court for an order

compelling the plaintiff, Annette Whitbeck, to appear for and submit to a

psychological examination by Charles Opsahl, Ph.D., a duly licensed psychologist.

The examination is scheduled for Saturday, November 22, 2003 at 9:00 a.m. at

the offices of Dr. Opsahl, which are located at 27 Depot Street, #2, Watertown,

Connecticut. The examination will take approximately six hours, and will consist of

a standard psychological evaluation of the plaintiff, which includes an interview of

the plaintiff regarding her background, family history, marital history, employment

history and previous treatment she has received. Dr. Opsahl will also perform the

following standard, non-invasive psychological tests: (1) Rorschach Test; (2)

{W1270497}

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

Thematic Apperception Test; (3) Sentence Completion Test; (4) Cognitive Tests which measure the plaintiff's IQ and memory; (5) Minnesota Multi-Phasic Personality Inventory-2 (MMPI-2); and (6) Millon Clinical Multi-Phasic Inventory-2 (MCMI-2).

As shown in the pleadings of this case and in the Affidavits of Giovanna Tiberii Weller and Dr. Opsahl, the psychological condition of the plaintiff is in controversy in this case because the plaintiff has alleged that the injury to her husband "has had a profound effect on [her]." (Complaint, 4/26/01, Paragraph 25). Specifically, the plaintiff alleges a claim for loss of consortium and extreme emotional distress, including a severe aggravation of her existing panic and anxiety disorder. (Complaint, 4/26/01, Paragraph 26).

Good cause exists for an examination of the plaintiff's condition because the plaintiff has alleged an aggravation of a pre-existing illness due to the incident alleged in the Complaint and prior examinations of her mental condition will not provide an adequate basis for properly evaluating the cause of her present condition. Further, Dr. Opsahl will undertake tests apparently not conducted in the prior examination which will aid in reaching the proper conclusions regarding the plaintiff's allegations of severe, ongoing mental and/or emotional injury.

As explained in the Affidavit of Giovanna Tiberii Weller, the attorney for Jones Manufacturing Company, prior to filing this Motion seeking a Court Order for this examination, Attorney Weller discussed this issue with Jacques Parenteau, the attorney for the plaintiff, and sought a voluntary stipulation that the plaintiff would voluntarily submit to the psychological examination described above.

CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law              Post Office Box 1110
                              Waterbury, CT 06721-1110
                              Telephone: 203 573-1200

Attorneys Weller and Parenteau were unable to agree, however, on the conditions of the psychological examination. Specifically, Attorneys Weller and Parenteau were unable to agree on whether a third party and/or a recording device is allowed to be present, as well as the extent of inquiry by Dr. Opsahl during the psychological examination.

This Motion is based on the pleadings and papers on file in this action, this Motion, the Attached Notice of Motion, the accompanying Memorandum of Law, the Affidavits of Giovanna Tiberii Weller and Charles Opsahl, Ph.D., and the evidence and argument presented at the hearing on this Motion.

THE DEFENDANT,
JONES MANUFACTURING CO., INC.

BY_____
Giovanna Tiberii Weller
Federal Bar No. ct 11187
Carmody & Torrance, LLP
50 Leavenworth Street
Waterbury, CT 06702
Phone: 203 573-1200
Fax: 203 575-2600

{W1270497}                                    3

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

JACQUES J. PARENTEAU, ESQ.
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
New London, CT 06320
(860) 442-2466
Fax: 447-9206
jparenteau@mppjustice.com

MARK T. GOULD, ESQ.
Law Offices of Robert M. Brennan
265 Church Street, Suite 802
New Haven, CT 06510
(203) 624-9165
Fax: (203) 789-2928
mark.gould@libertymutual.com

PATRICK E. POWER, ESQ.
Howd, Lavieri & Finch, LLP
682 Main Street
P.O. Box 1080
Winsted, CT 06098
(860) 379-2761
Fax: (860) 738-3493
pep@hlf.com

CARL R. CELLA, ESQ.
MICHAEL O'CONNOR, ESQ.
Cella, McKeon & Williams
P.O. Box 221
North Haven, CT. 06473-0221
Phone: 203 239-5851
Fax: 203 234-2974
carlc@cmwlawyers.com


_____
Giovanna Tiberii Weller

{W1270497}                                    4

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200