UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

=================================x
WALTER WHITBECK AND          :        2003 OCT 22  P 4: 02
ANNETTE WHITBECK
    Plaintiffs,          :        CIVIL ACTION NO:
                                US DISTRIC...
                        :        3:01cv750 (AHN)

v.                          :

JONES MANUFACTURING COMPANY :
    Defendant and
    Third-Party Plaintiff,

v.                          :

MICHAEL J. MCGUFFIE D/B/A    :
NEW ENGLAND BARK MULCH
    Third-Party Defendant.  :        October 17, 2003
=================================x

### NOTICE OF MOTION FOR PSYCHOLOGICAL EXAMINATION
### AND CERTIFICATE OF SERVICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Please take notice that the defendant, Jones Manufacturing Company, will

bring the attached Motion for an order compelling a psychological examination of

the plaintiff, Annette Whitbeck, for hearing before this Court, the Honorable Alan

H. Nevas, U.S.D.J., Courtroom 3 of the United States District Court located at 915

Lafayette Boulevard, Bridgeport, Connecticut.

{W1270497}

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                       Waterbury, CT 06721-1110
                       Telephone: 203 573-1200

THE DEFENDANT,
JONES MANUFACTURING CO., INC.


BY: _____
Giovanna Tiberii Weller
Federal Bar No. ct 11187
Carmody & Torrance, LLP
50 Leavenworth Street
Waterbury, CT 06702
Phone: 203 573-1200
Fax: 203 575-2600

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law            Post Office Box 1110
                            Waterbury, CT 06721-1110
                            Telephone: 203 573-1200

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

JACQUES J. PARENTEAU, ESQ.
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
New London, CT 06320
(860) 442-2466
Fax: 447-9206
jparenteau@mppjustice.com

MARK T. GOULD, ESQ.
Law Offices of Robert M. Brennan
265 Church Street, Suite 802
New Haven, CT 06510
(203) 624-9165
Fax: (203) 789-2928
mark.gould@libertymutual.com

PATRICK E. POWER, ESQ.
Howd, Lavieri & Finch, LLP
682 Main Street
P.O. Box 1080
Winsted, CT 06098
(860) 379-2761
Fax: (860) 738-3493
pep@hlf.com

CARL R. CELLA, ESQ.
MICHAEL O'CONNOR, ESQ.
Cella, McKeon & Williams
P.O. Box 221
North Haven, CT. 06473-0221
Phone: 203 239-5851
Fax: 203 234-2974
carlc@cmwlawyers.com

Giovanna Tiberii Weller

CARMODY & TORRANCE LLP     50 Leavenworth Street
Attorneys at Law                Post Office Box 1110
                                Waterbury, CT 06721-1110
                                Telephone: 203 573-1200