UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
================================x
WALTER WHITBECK AND            :    CIVIL ACTION NO:
ANNETTE WHITBECK
     Plaintiffs,               :    3:01cv750 (AHN)

v.                             :

JONES MANUFACTURING COMPANY:
     Defendant and
     Third-Party Plaintiff,    :

v.                             :

MICHAEL J. MCGUFFIE D/B/A      :
NEW ENGLAND BARK MULCH
     Third-Party Defendant.    :    November 13, 2003
================================x
```

## MOTION FOR EXTENSION OF TIME

The Defendant, Jones Manufacturing Company, respectfully moves for an extension of time to disclose its experts. Specifically, the Defendant requests twenty (20) days from either the examination of the Plaintiff, Annette Whitbeck, as requested in the Defendant's Motion to Compel Psychological Examination or from the Court's ruling on the Defendant's Motion to Compel, in the event the Motion for Examination is denied. In the alternative, the defendant requests a thirty (30) day extension of time, or until December 20, 2003. The Defendant has filed two motions for extension of time with respect

{W1276980}

CARMODY & TORRANCE LLP       50 Leavenworth Street
Attorneys at Law             Post Office Box 1110
                             Waterbury, CT 06721-1110
                             Telephone: 203 573-1200

to disclosure of defense expert witnesses and two motions for extension of time with respect to the scheduling order.

Good cause exists for granting this Motion based on the following: November 20, 2003 is the present deadline to disclose experts. On October 17, 2003, the Defendant filed a Motion to Compel the Psychological Examination of the Plaintiff, Annette Whitbeck, pursuant to Rule 35 of the Federal Rules of Civil Procedure. In the Motion to Compel, the Defendant requested that the Court compel the Plaintiff to submit to a psychological examination before Dr. Charles Opsahl. This examination was requested because Dr. Opsahl will perform tests apparently not conducted in prior examinations by the plaintiff's treaters and the non-evasive tests that will aid the Defendant's potential experts in reaching conclusions regarding the plaintiff's allegations of severe, ongoing mental and/or emotional injury. On November 6, 2003, the Plaintiff filed her Memorandum in Opposition to the Defendant's Motion for Order Compelling Psychological Examination. Additional time is necessary to disclose Defendant's experts in order for the Court to rule on the Defendant's Motion to Compel and for Dr. Opsahl to conduct the requested examination.

Further, the depositions of the Plaintiff's expert witnesses have not been completed. Since June of 2003, the Defendant's have made diligent efforts to conduct the deposition of the Plaintiff's fourth and final expert

{W1276980}                                    2

CARMODY & TORRANCE LLP       50 Leavenworth Street
Attorneys at Law             Post Office Box 1110
                             Waterbury, CT 06721-1110
                             Telephone: 203 573-1200

witness, Dr. Stanley Foster. Dr. Foster's deposition has been noticed on five separate occasions. Re-scheduling this deposition has been made somewhat difficult due to Dr. Foster's schedule and the fact that he has only made himself available for his deposition on Monday afternoons. On Monday, November 10, 2003, Dr. Foster's deposition was finally commenced, however, due to the duration of the deposition and the late hour, it was not completed at that time. Therefore, Dr. Foster's deposition is scheduled to continue on November 19, 2003. Additional time is necessary to complete the depositions of the Plaintiff's expert witnesses and assess the information obtained therefrom before disclosing defense experts. The Plaintiff would not be prejudiced by an extension of time within which to disclose experts.

    The Plaintiff's counsel has been contacted regarding his position to this Motion. The undersigned has been unable to ascertain counsel's position regarding the extension of time.

{W1276980}                                3

**WHEREFORE**, the Defendant respectfully requests the Court grant it twenty (20) days, from either the examination of the Plaintiff as requested in the Defendant's Motion to Compel Psychological Examination or the Court's ruling denying the Defendant's Motion to Compel, to disclose experts. In the alternative, defendant requests a thirty (30) day extension of time, to December 20, 2003.

THE DEFENDANT,
JONES MANUFACTURING CO., INC.

BY /s/ Giovanna Tiberii Weller
Giovanna Tiberii Weller
Federal Bar No. ct 11187
Carmody & Torrance, LLP
50 Leavenworth Street
Waterbury, CT 06702
Phone: 203 573-1200
Fax: 203 575-2600

{W1276980}    4

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

## CERTIFICATION

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

JACQUES J. PARENTEAU, ESQ.
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
New London, CT 06320
(860) 442-2466
Fax: 447-9206
jparenteau@mppjustice.com

MARK T. GOULD, ESQ.
Law Offices of Robert M. Brennan
265 Church Street, Suite 802
New Haven, CT 06510
(203) 624-9165
Fax: (203) 789-2928
mark.gould@libertymutual.com

PATRICK E. POWER, ESQ.
Howd, Lavieri & Finch, LLP
682 Main Street
P.O. Box 1080
Winsted, CT 06098
(860) 379-2761
Fax: (860) 738-3493
pep@hlf.com

CARL R. CELLA, ESQ.
MICHAEL O'CONNOR, ESQ.
Cella, McKeon & Williams
P.O. Box 221
North Haven, CT. 06473-0221
Phone: 203 239-5851
Fax: 203 234-2974
carlc@cmwlawyers.com

_____
Giovanna Tiberi Weller

{W1276980}   5

CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law   Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200