UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| WALTER WHITBECK and ANNETTE WHITBECK<br>Plaintiff | : : : : | |
| v. | : : | CIV. NO. 3:01CV750 (AHN) |
| JONES MANUFACTURING COMPANY<br>Defendant and Third Party Plaintiff | : : : : : | |
| v. | : : | |
| MICHAEL J. MCGUFFIE d/b/a<br>NEW ENGLAND BARK MULCH<br>Third Party Defendant | : : : : : | |

ENDORSEMENT RULING

Defendant Jones Manufacturing Company's motion for extension of time to disclose its experts **[Doc. #101]** is **GRANTED** as follows.  Jones Manufacturing will disclose its expert twenty (20) days after the psychological examination of plaintiff Annette Whitbeck, or, alternatively twenty (20) days after the Court's ruling on the defendant's Motion to Compel in the event the Motion for Examination is denied.

SO ORDERED at Bridgeport this 2nd day of December 2003.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE