UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| WALTER WHITBECK and<br>ANNETTE WHITBECK<br>Plaintiff | : <br> : <br> : <br> : <br> : <br> : | |
| v. | : <br> : | CIV. NO. 3:01CV750 (AHN) |
| JONES MANUFACTURING COMPANY<br>Defendant and Third Party<br>Plaintiff | : <br> : <br> : <br> : <br> : | |
| v. | : <br> : | |
| MICHAEL J. MCGUFFIE d/b/a<br>NEW ENGLAND BARK MULCH<br>Third Party Defendant | : <br> : <br> : <br> : <br> : | |

RULING AND SCHEDULING ORDER

Jones Manufacturing Co.'s Motion for Psychological Examination of Plaintiff Annette Whitbeck **[Doc. #98]** is **GRANTED** by agreement. The parties agreed to hold the examination on March 6 and 7, 2004.

Expert discovery is due on or before March 27, 2004.

SO ORDERED at Bridgeport this 6th day of February 2004.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE