UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 29 P 12: 18

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| WALTER WHITBECK AND ANNETTE WHITBECK, Plaintiffs, | : | CIVIL ACTION NO. 3:01CV750 (AHN) |
| v. | : | |
| JONES MANUFACTURING COMPANY Defendant | : | MARCH 25, 2004 |

## MOTION FOR EXTENSION OF TIME

Plaintiffs, Walter and Annette Whitbeck respectfully move for an extension of time for sixty (60) days after the date defendant's expert witnesses are disclosed to take the depositions of said expert witnesses.

On October 3, 2003, defendant filed a Motion for Extension of Time to disclose their expert witnesses up to and including November 15, 2003. Defendant also requested an extension to file their expert reports until November 20, 2003, and to extend the deadline to take defendant's experts depositions until January 20, 2004. This motion was granted on October 10, 2003. On or about October 17, 2003, defendant filed a Motion to Compel Psychological Examination of plaintiff Annette Whitbeck. Subsequently, on November 17, 2003, defendant filed yet another Motion for Extension of Time to disclose its expert witnesses for 20 days after the Psychological Exam (if defendant's Motion to Compel is granted), or 20 days after the Court denies its Motion to Compel, or in the alternative, a thirty-day extension to December 20, 2003. The Court granted defendant's Motion for Extension of time for 20 days after the Psychological Exam, or 20 days after the Court's denial of the Motion to Compel. Thereafter, on February 6, 2004

the Court issued a Ruling and Scheduling Order stating the Motion for Psychological Examination is granted by agreement and will take place on March 6 and 7, 2004. The court also ruled that the expert discovery is due on or before March 27, 2004. The current deadline to take defendant's expert witness depositions is January 20, 2004, however, due to the delay in acquiring the psychological exam, plaintiffs are requesting to move the deadline sixty (60) days (60) from the date of defendant's expert disclosure, up to and including May 26, 2004. **Defendant's counsel, Giovanna Tiberii Weller consents to this motion.**

WHEREFORE, the plaintiff's respectfully request that the deadline to take the depositions of defendant's expert witnesses be sixty (60) days beyond the disclosure of expert witnesses, up to and including May 26, 2004.

> PLAINTIFFS
> WALTER WHITBECK AND
> ANNETTE WHITBECK
>
> By: _____
> Jacques J. Parenteau ct 09771
> Madsen, Prestley & Parenteau
> P.O. Box 1631
> New London, CT 06320
> Tele: (860) 442-2466
> Fax: (860) 447-9206
> E-Mail: jparenteau@mppjustice.com
> Their Attorneys

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was mailed, postage prepaid, this 26th day of March, 2004 to the following counsel and pro se parties of record:

Giovanna Tiberii Weller, Esq.
Mariella LaRosa, Esq.
John Horvack, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Mark T. Gould, Esq.
Law Offices of Robert M. Brennan
265 Church Street, Suite 802
New Haven, CT 06510

Carl R. Cella, Esq.
Cella, McKeon & Williams
P.O. Box 221
North Haven, CT 06473-0221

Patrick Power, Esq.
Howd, Lavieri & Finch, LLP
682 Main Street
P.O. Box 1080
Winsted CT 06098-8080

                                        _____
                                        Jacques J. Parenteau