UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 29 P 12: 18
U.S. DISTRICT COURT
BRIDGEPORT, CONN

WALTER WHITBECK AND
ANNETTE WHITBECK,
    Plaintiffs,

    v.

JONES MANUFACTURING COMPANY
    Defendant

: CIVIL ACTION NO.
: 3:01CV750 (AHN)
:
:
: MARCH 25, 2004

4/1/2004 GRANTED
SO ORDERED
ALAN H. NEVAS, U.S.D.J.

## MOTION FOR EXTENSION OF TIME

Plaintiffs, Walter and Annette Whitbeck respectfully move for an extension of time for sixty (60) days after the date defendant's expert witnesses are disclosed to take the depositions of said expert witnesses.

On October 3, 2003, defendant filed a Motion for Extension of Time to disclose their expert witnesses up to and including November 15, 2003. Defendant also requested an extension to file their expert reports until November 20, 2003, and to extend the deadline to take defendant's experts depositions until January 20, 2004. This motion was granted on October 10, 2003. On or about October 17, 2003, defendant filed a Motion to Compel Psychological Examination of plaintiff Annette Whitbeck. Subsequently, on November 17, 2003, defendant filed yet another Motion for Extension of Time to disclose its expert witnesses for 20 days after the Psychological Exam (if defendant's Motion to Compel is granted), or 20 days after the Court denies its Motion to Compel, or in the alternative, a thirty-day extension to December 20, 2003. The Court granted defendant's Motion for Extension of time for 20 days after the Psychological Exam, or 20 days after the Court's denial of the Motion to Compel. Thereafter, on February 6, 2004