**FILED**

2004 APR 20 P 12: 24

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
| | |
|---|---|
| WALTER WHITBECK AND ANNETTE WHITBECK  Plaintiff, | : CIVIL ACTION: 3:01cv750(AHN) |
| V. | : |
| JONES MANUFACTURING COMPANY  Defendant and Third-Party Plaintiff, | : |
| NEW ENGLAND BARK MULCH  Intervening Plaintiff | : : |
| V. | |
| MICHAEL J. MCGUFFIE D/B/A NEW ENGLAND BARK MULCH  Third-Party Defendant | : : APRIL 19, 2004 |

-----------------------------------------------------------x

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my Appearance as counsel in this case for the intervening plaintiff:

New England Bark Mulch.

____4-19-04____                    _____[signature]_____
Date                                Signature

**William J. Shea**
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 860 633-9471
US District Bar #07162

2

**THE LAW OFFICES OF NANCY S. ROSENBAUM**
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed postage prepaid to the following parties of record on this the _19_ day of April, 2004:

<u>**Counsel for Plaintiffs-Annette & Walter Whitbeck**</u>
Attorney Jacques J. Parenteau
Attorney Craig Dickenson
Madsen, Prestley & Parenteau, LLC
111 Huntington Street
New London, CT 06320

<u>**Counsel for Defendant/Third Party Plaintiff-Jones Manufacturing Co.**</u>
Attorney Giovanna T. Weller
Attorney John Horvack
Attorney Mariella LaRosa
Attorney Pamela Cameron
Carmody & Torrance LLP
50 Leavenworth Street
PO Box 1110
Waterbury, CT 06721

<u>**Counsel for Plaintiffs – Annette & Walter Whitbeck**</u>
Attorney Patrick Power
Howd, Lavieri & Finch, LLP
682 Main Street
PO Box 1080
Winsted, CT 06908-8080

<u>**Counsel for Movant – Peerless Insurance Company**</u>
Attorney Karen Gallagher
Ouellette, Deganis, Gallagher & Ward
143 Main Street
Cheshire, CT 06140

<u>**Counsel for Material Witness – Crawford & Company**</u>
Attorney Michael O'Connor
Attorney Carl Cella
Williams, Walsh & O'Connor, LLC
PO Box 221
110 Washington Avenue, 2nd Floor
North Haven, CT 06473-0221

<u>**Counsel for Material Witness – Crawford & Company**</u>
Attorney Robert Flanagan
Cella, Flanagan & Wber, PC
21 Washington Avenue
North Haven, CT 06473

**THE LAW OFFICES OF NANCY S. ROSENBAUM**
655 WINDING BROOK DRIVE, GLASTONBURY, CT 06033 • (860) 633-9471 • JURIS NO. 016566

**Counsel for Third Party Defendant-
Michael McGuffie d/b/a New
England Bark Mulch**
Attorney April Haskell
Attorney Joseph Mabe
Montstream & May
655 Winding Brook Drive
PO Box 1087
Glastonbury, CT 06033-1087

By _____
    William J. Shea
    Its Attorney
Law Offices of Nancy S. Rosenbaum
655 Winding Brook Drive
Glastonbury, CT 06033
Tel. # 860 633-9471
US District Bar #07162