UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WALTER WHITBECK AND | : | |
| ANNETTE WHITBECK, | : | CIVIL ACTION NO. |
|    Plaintiffs, | : | 3:01CV750 (AHN) |
| | : | |
| v. | : | |
| | : | |
| JONES MANUFACTURING COMPANY, | : | |
|    Defendant | : | MAY 25, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, Plaintiffs Walter and Annette Whitbeck, respectfully request an extension of time in which to depose Defendant's experts. In support of this motion, Plaintiffs state the following:

1. Pursuant to this Court's April 5, 2004 Order, the following relevant deadline was established: Plaintiff was to depose Defendant's expert's by May 26, 2004.

2. Since Defendant served its expert reports, Plaintiff's counsel Jacques Parenteau has been preparing for the trial of Burrell v. Yale University, X02-CV-00-0159421, which is on the complex litigation docket at Waterbury Superior Court. That trial is expected to commence June 1, 2004, and is expected to continue through the end of July 2004.

3. Similarly, Plaintiff's counsel Craig T. Dickinson has been preparing for the trial of Wesolowski v. Connecticut Resource Recovery Authority, CV-02-0813653-S, which was scheduled to commence trial in Hartford Superior Court on June 11, 2004 and continue through the end of June 2004. On May 19, 2004, that trial was adjourned until October 21, 2004 because one of the defendants is the subject of a Grand Jury proceeding.

**ORAL ARGUMENT IS NOT REQUESTED**
**NOR IS TESTIMONY REQUIRED**

**4.** Under the circumstances, counsel discussed the situation and **defense counsel Giovanna Tiberii Weller has consented to this motion.**

5. This is the second motion for an extension of time for Plaintiffs to depose Defendant's experts.

6. Under the circumstances, counsel request that the following deadline be established by modification of this Court's April 5, 2004 Order: depositions of Defendant's expert witnesses to be completed on or before September 17, 2004.

WHEREFORE, Plaintiff respectfully requests an extension of all times to take the deposition of Defendant's experts up to and including September 17, 2004.

PLAINTIFFS,
Walter Whitbeck and Annette Whitbeck

BY: _____
Craig T. Dickinson (ct18053)
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
(860) 246-2466

## **CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, this 25th day of May, 2004 to the following counsel and pro se parties of record:

Giovanna Tiberii Weller, Esq.
Mariella LaRosa, Esq.
John Horvack, Esq.
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Mark T. Gould, Esq.
Law Offices of Robert M. Brennan
265 Church Street, Suite 802
New Haven, CT 06510

Carl R. Cella, Esq.
Cella, McKeon & Williams
P.O. Box 221
North Haven, CT 06473-0221

Patrick Power, Esq.
Howd, Lavieri & Finch, LLP
682 Main Street
P.O. Box 1080
Winsted CT 06098-8080

                                                                                 _____
                                                                                 Craig T. Dickinson