

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 26 A 10: 23
US DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| WALTER WHITBECK AND<br>ANNETTE WHITBECK,<br>    Plaintiffs, | :<br>:<br>: | CIVIL ACTION NO.<br>3:01CV750 (AHN) |
| v. | : | |
| JONES MANUFACTURING COMPANY,<br>    Defendant | :<br>: | MAY 25, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, Plaintiffs Walter and Annette Whitbeck, respectfully request an extension of time in which to depose Defendant's experts. In support of this motion, Plaintiffs state the following:

1. Pursuant to this Court's April 5, 2004 Order, the following relevant deadline was established: Plaintiff was to depose Defendant's expert's by May 26, 2004.

2. Since Defendant served its expert reports, Plaintiff's counsel Jacques Parenteau has been preparing for the trial of Burrell v. Yale University, X02-CV-00-0159421, which is on the complex litigation docket at Waterbury Superior Court. That trial is expected to commence June 1, 2004, and is expected to continue through the end of July 2004.

3. Similarly, Plaintiff's counsel Craig T. Dickinson has been preparing for the trial of Wesolowski v. Connecticut Resource Recovery Authority, CV-02-0813653-S, which was scheduled to commence trial in Hartford Superior Court on June 11, 2004 and continue through the end of June 2004. On May 19, 2004, that trial was adjourned until October 21, 2004 because one of the defendants is the subject of a Grand Jury proceeding.

**ORAL ARGUMENT IS NOT REQUESTED
NOR IS TESTIMONY REQUIRED**

Motion GRANTED. It is SO ORDERED. 6/1/04