UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WALTER WHITBECK ET AL.                :

    v.                                :   CASE NO 3:01CV750(AHN)

JONES MANUFACTURING CO.               :

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Holly B. Fitzsimmons</u> for the following purposes:

\_\_\_ All purposes INCLUDING trial so long as the parties consent to trial before the magistrate judge (orefcs.).

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv).

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv).

\_\_\_ A ruling on the following motions which are currently pending (orefm.):

**x** A settlement conference (orefmisc./cnf): **NOTE: Intervening Plaintiff's insurance carrier should be ordered to attend.**

\_\_\_ A conference to discuss the following (orefmisc./cnf):

\_\_\_ Other (orefmisc./misc):

SO ORDERED this 20th day of October, 2004, at Bridgeport, Connecticut.

                              Alan H. Nevas
                         United States District Judge