**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 MAR 24  P 12: 27

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| WALTER WHITBECK AND ANNETTE WHITBECK,<br>Plaintiffs, | : | CIVIL ACTION NO.<br>3:01CV750 (AHN) |
| v. | : | |
| JONES MANUFACTURING COMPANY<br>Defendant | : | March 22, 2005 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Local Rules for this Court, the parties in the above action hereby stipulate to the voluntary dismissal of the entirety of the above-captioned action. Specifically, the parties voluntarily stipulate to the dismissal of all claims set forth in the above action. The parties further stipulate that said dismissal is with prejudice and is to occur without the imposition or award of fees or costs.

The Plaintiff,
Walter Whitbeck and
Annette Whitbeck

By:_____
Craig T. Dickinson (ct18053)
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT  06106
Tel # (860) 246-2466
Fax # (860) 246-1794

Defendant,
Jones Manufacturing Company

By:_____
John R. Horvack, Jr. (ct12926)
Carmody & Torrance
P.O. Box 1110
Waterbury, CT  06721-1200
Tel # (203) 573-1200
Fax # (203) 575-2600